In the Matter of the Probate of the Will, etc., of ADRIAN M. SUYDAM, Deceased. LEAH V. C. NAUL et al., Appellants; JOHN D. SNEDEKER et al., as Executors, et al., Respondents.

*Matter of Suydam,* 84 Hun, 514, affirmed.
(Argued March 8, 1897; decided March 23, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the second judicial department, entered February 16, 1895, which affirmed a decree of the Surrogate's Court of Kings county admitting a will to probate.

*George F. Elliott* and *Henry M. Dater* for appellants.

*W. S. Cogswell, George H. Fisher* and *Horace Graves* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur.

---

WILLIAM L. ANDREWS, Respondent, *v.* RICHARD W. G. WELLING, as Assignee, etc., Appellant, et al., Respondents.

*Andrews v. Welling,* 84 Hun, 40, affirmed.
(Argued March 8, 1897; decided March 23, 1897.)

APPEAL from an order of the General Term of the Supreme Court in the first judicial department, entered January 25, 1895, which reversed a judgment in favor of defendant entered upon the report of a referee and granted a new trial.

*John L. Wilkie* and *Everett V. Abbot* for appellant.

*Alfred J. Taylor* for respondent.

Order affirmed and judgment absolute ordered for the plaintiff on the stipulation, with costs.
All concur, except GRAY, J., not voting.